UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 25-cv-80785-MIDDLEBROOKS/Reinhart

JOSUE BATISTA,

     Plaintiff,

v.

MICHAEL SABA,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on United States Magistrate Judge Bruce Reinhart's Report and Recommendation ("R&R"), entered July 7, 2025 (DE 11).  Judge Reinhart's Order concerns both Plaintiff's "Petition for Injunction Against Harassment" (DE 6) and "Motion for Leave to Deposit Rent into Court Registry" (DE 7), both filed June 23, 2025.  Rather than file any objections to Judge Reinhart's Report and Recommendation denying his Motions, Plaintiff filed a (renewed) "Emergency Motion for Temporary Injunction, Protective Order, and to Deposit Rent Into Court Registry" (DE 12) on July 14, 2025.  I denied this latest Motion on July 17, 2025.  (DE 15).

I have conducted an independent *de novo* review of the Report and record as a whole.  At the time of Judge Reinhart's Report and Recommendation, Defendant had yet to be served. As of this Order, Defendant still has two weeks to respond to the Complaint and so has not filed anything with regards to Judge Reinhart's previous order.  (DE 16).  Having carefully considered the record, the briefing, and applicable law, I agree with Judge Reinhart's findings and conclusions, and I find that the reasoning in the Report is accurate and thorough.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Magistrate Judge Reinhart's Report and Recommendation (DE 11) is

   **ADOPTED.**

2) Plaintiff's Petition for Injunction Against Harassment (DE 6) and Motion for

   Leave to Deposit Rent into Court Registry (DE 7) are **DENIED WITHOUT**

   **PREJUDICE.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 22nd day of July, 2025.

Donald M. Middlebrooks
United States District Judge

Copies to:
Magistrate Judge Bruce Reinhart,
Counsel of Record,
Josue Batista
7026 Charleston Shores Blvd.
Lake Worth, FL 33467
561-618-0120
Email: sway@hishersbarbership.com
Pro Se